**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

FELICIA K. HARL                                                                                              PLAINTIFF

v.                                             Case No. 13-2255

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                                    DEFENDANT

## JUDGMENT

  Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

  IT IS SO ADJUDGED this 4th day of September, 2014.


              /s/ P. K. Holmes, III
              P.K. HOLMES, III
              CHIEF U.S. DISTRICT JUDGE